UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CV-240-F

| | | |
|---|---|---|
| RANDER H. HARRIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANN'S HOUSE OF NUTS, | ) | |
| (FLAGSTONE FOODS) | ) | |
| Defendant. | ) | |
| | ) | |

Upon review of the record of this case and the parties' briefing on the motion to dismiss, the court concludes that the Plaintiff's complaint fails to state a claim upon which relief can be granted for the reasons stated in the Defendant's brief [DE-11]. Fed. R. Civ. P. 12(b)(6). The Defendant's Motion to Dismiss [DE-10] is ALLOWED and the Plaintiff's complaint is DISMISSED with prejudice.

SO ORDERED.

This the 26 day of August, 2014.

James C. Fox
JAMES C. FOX
Senior United States District Judge