UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RANDER H. HARRIS, )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 4:13-CV-240-F
ANN'S HOUSE OF NUTS )
(FLAGSTONE FOODS), )
        Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's complaint fails to state a claim upon which relief can be granted for the reasons stated in the Defendant's brief [DE-11]. Fed. R. Civ. P. 12(b)(6). The Defendant's Motion to Dismiss [DE-10] is ALLOWED and the Plaintiff's complaint is DISMISSED with prejudice.

**This Judgment Filed and Entered on August 26, 2014, and Copies To:**

Rander H. Harris (831 White Horse Drive, Greenville, NC 27834)
Andrew B. Murphy (CM/ECF Notice of Electronic Filing)
Daniel G. Prokott (CM/ECF Notice of Electronic Filing)
John A. Zaloom (CM/ECF Notice of Electronic Filing)

| DATE | JULIE A. RICHARDS, CLERK |
|---|---|
| August 26, 2014 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |